# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | CIVIL ACTION NO. 07 CV 5927 |
| v. | Hon. Judge Conlon |
| ROBERT A. LOFFREDI and RAYMOND FINANCIAL GROUP, INC., | Magistrate Judge Schenkier |
| Defendants, | |
| ADVANCED SALES & MARKETING CORP., and KAREN L. LOFFREDI | |
| Relief Defendants. | |

## AGREED MOTION FOR ENTRY OF FINAL JUDGMENT AS TO RELIEF DEFENDANTS KAREN L. LOFFREDI AND ADVANCED SALES & MARKETING CORP.

Plaintiff, the United States Securities and Exchange Commission ("Commission"), and Relief Defendants Karen L. Loffredi and Advanced Sales & Marketing Corp. ("Relief Defendants") have reached a settlement in this matter. Pursuant to the settlement, along with this Motion, the Commission has caused to be filed the agreed proposed Final Judgment As To Relief Defendants ("Final Judgment") and the Consent of Relief Defendants, which is attached to the Final Judgment and is part of the Final Judgment. The agreed proposed Final Judgment has also been submitted to the Court via Proposed_Order_Conlon@ilnd.uscourts.gov, as directed by the Court's website.

Counsel for the Commission has submitted a copy of this Motion to Patrick Cotter, counsel for Relief Defendants, and he does not oppose this Motion.

WHEREFORE, the Commission respectfully requests that this Court grant this Motion and enter the Final Judgment As To Relief Defendants, a copy of which is attached as Exhibit A hereto and submitted to the Court via [Proposed_Order_Conlon@ilnd.uscourts.gov](Proposed_Order_Conlon@ilnd.uscourts.gov), as directed by the Court's website. Should the Court require an appearance for this Motion, the parties will appear at the previously scheduled status hearing on Tuesday, July 22, 2008.

Respectfully submitted,

**For Plaintiff U.S. Securities and Exchange Commission:**

s/ Paul N. Mensheha
Paul N. Mensheha
James G. Lundy
Attorneys for Plaintiff
U. S. Securities and Exchange Commission
175 West Jackson Boulevard
Chicago, Illinois 60604
Phone (312) 353-7397
Fax (312) 353-7398

Dated: July 16, 2008